**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

---

In re:
**Wendy Stone Carmichael**,

Soc. Sec. No. xxx-xx-6523
Mailing Address: 2702 Elderwood Lane, Burlington, NC 27215-

Debtor.

Case No.: 17-11089

Chapter 7

# NOTICE OF RESCISSION OF REAFFIRMATION AGREEMENT

**NOW COMES** the Debtor Wendy Stone Carmichael, by and through counsel undersigned, which Debtor gives notice to Fidelity Bank that said Debtor hereby rescinds the Reaffirmation Agreement said Debtor entered into with Fidelity Bank in this bankruptcy case.

Dated: February 22, 2018

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

s/ Edward Boltz
---
Edward Boltz
Attorney for the Debtor
N.C. State Bar No. 23003
1738-D Hillandale Road,
Durham, N.C. 27705
Telephone: (919) 286-1695
Fax: (919) 286-2704
Email: eboltz@johnorcutt.com

## CERTIFICATE OF SERVICE

I, Erica NeSmith, certify, under penalty of perjury, that I am over the age of 18 years and that, on February 22, 2018, I serviced a copy of the foregoing **NOTICE OF RESCISSION OF REAFFIRMATION AGREEMENT** by **automatic electronic noticing** upon the following parties:

Fidelity Bank

Charles M. Ivey
Chapter 7 Trustee

Bankruptcy Administrator

and by **regular, first class United States mail**, postage fully pre-paid, addressed to:

| | |
|---|---|
| Fidelity Bank<br>Attn: Managing Agent<br>Post Office Box 105075<br>Atlanta, GA 30348 | Kristin D. Ogburn<br>Attorney<br>Horack, Talley, Pharr & Lowndes, P. A.<br>301 S College St #2600<br>Charlotte, NC 28202 |
| Wendy Stone Carmichael<br>2702 Elderwood Lane<br>Burlington, NC 27215 | |

/s Erica NeSmith
_____

Erica NeSmith