# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# GREENSBORO DIVISION

In re:
**Wendy Stone Carmichael**,

Soc. Sec. No. xxx-xx-6523
Mailing Address: 2702 Elderwood Lane, Burlington, NC 27215-

Debtor.

Case No.: 17-11089

Chapter 7

## NOTICE OF RESCISSION OF REAFFIRMATION AGREEMENT

**NOW COMES** the Debtor Wendy Stone Carmichael, by and through counsel undersigned, which Debtor gives notice to Fidelity Bank that said Debtor hereby rescinds the Reaffirmation Agreement said Debtor entered into with Fidelity Bank in this bankruptcy case.

Dated: March 5, 2018

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

s/ Edward Boltz

Edward Boltz
Attorney for the Debtor
N.C. State Bar No. 23003
1738-D Hillandale Road,
Durham, N.C. 27705
Telephone: (919) 286-1695
Fax: (919) 286-2704
Email: eboltz@johnorcutt.com

## CERTIFICATE OF SERVICE

I, Erica NeSmith, certify, under penalty of perjury, that I am over the age of 18 years and that, on March 5, 2018, I serviced a copy of the foregoing **NOTICE OF RESCISSION OF REAFFIRMATION AGREEMENT** by **automatic electronic noticing** upon the following parties:

Fidelity Bank

Charles M. Ivey
Chapter 7 Trustee

Bankruptcy Administrator

and by **regular, first class United States mail**, postage fully pre-paid, addressed to:

Fidelity Bank
Attn: Managing Agent
Post Office Box 105075
Atlanta, GA 30348

Wendy Stone Carmichael
2702 Elderwood Lane
Burlington, NC 27215

Kristin D. Ogburn
Attorney
Horack, Talley, Pharr & Lowndes, P. A.
301 S College St #2600
Charlotte, NC 28202

/s Erica NeSmith

Erica NeSmith